CLERK'S OFFICE U.S. DIST. COURT
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

APR 25 2014
JULIA C. _____, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **VINCENT W. GREGG,** | ) | Civil Action No. 7:14-cv-00038 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:   James C. Turk |
| **FLEMING, ET AL,** | ) | Senior United States District Judge |
| Defendant(s). | ) | |

Vincent W. Gregg, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Orders entered on 2/6/2014 and 2/19/2014, and a third Order granting a motion for extension of time on 3/26/2014, the court directed plaintiff to submit within 10 days from the date of each of the Orders a signed Consent to Fee form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has not signed and returned the Consent to Fee form to the Court. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 25th day of April, 2014.

_____
Senior United States District Judge